**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

*FILED*

09 JUL 30 PM 3:30

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MARCO IVAN PARTIDA-AVILA,<br><br>                    Defendant. | CASE NO. 09CR2354<br><br><br>**JUDGMENT OF DISMISSAL** |

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

 _X_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

 _X_   of the offense(s) of: Title 8, U.S.C., Sec. 1326(a) and (b) –
                              Attempted Entry After Deportation (Felony)


          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 29, 2009

_____
CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE